Jul 10 07 12:07p    Carl Person         212-307-0247         p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN R. HYDE,             :
                            :
            Plaintiff,      :
                            :
    v.                      :
                            :
GORDON RAMSAY, a/k/a CHEF GORDON RAMSAY, :
UPPER GROUND ENTERPRISES, INC.,          :
GRANADA AMERICAN,                        :
GRANADA ENTERTAINMENT,                   :
A. SMITH & CO., and                      :
SEVEN NETWORK LIMITED,                   :
                            :
            Defendants.     :
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07
```
Case No.: 07 Civ. 5796 (SAS)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Martin R. Hyde ("Hyde") and defendants Gordon Ramsay, a/k/a Chef Gordon Ramsay ("Ramsay"), Upper Ground Enterprises, Inc. ("Upper Ground"), Granada Entertainment USA, incorrectly named and sued herein as Granada American and Granada Entertainment ("Granada") and A. Smith & Co. ("A. Smith") (collectively, the "Granada Defendants"), by and through their undersigned attorneys, that the undersigned counsel for the Granada Defendants shall accept service on behalf of each of the Granada Defendants of the Summons and Complaint (the "Complaint") filed in the above-captioned action; and

NYC 185272v1 0069462-000001

Jul 10 07 12:07p    Carl Person                     212-307-0247              p.3
07/03/2007 13:13 FAX 12124898346

IT IS HEREBY STIPULATED AND AGREED, that each of the Granada Defendants shall answer or otherwise move or respond to the Complaint by or on August 15, 2007.

Dated: New York, New York
       July 3, 2007

| | |
|---|---|
| **CARL E. PERSON**<br>*Attorney for Plaintiff*<br>*Martin R. Hyde*<br><br>*/s/ Carl E. Person/*<br>Carl E. Person (CP 7637)<br>325 West 45th Street, Suite 201<br>New York, New York 10036-3803<br>(212) 307-4444 | **DAVIS WRIGHT TREMAINE LLP**<br>*Attorneys for Defendants*<br>*Gordon Ramsay, Upper Ground*<br>*Enterprises, Inc., Granada*<br>*Entertainment USA and A. Smith & Co.*<br><br>*/s/ Elizabeth A. McNamara/*<br>Elizabeth A. McNamara (EAM 1987)<br>Linda Steinman (LS 5906)<br>Teena H. (Kim) Lee (TK 3073)<br>1633 Broadway<br>New York, New York 10019<br>(212) 489-8230 |

SO ORDERED:

__Jul 11, 2007__                    _____
    Date                                United States District Judge