UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
MARTIN R. HYDE,                           :   ECF Case
                                          :
       Plaintiff,                         :   Case No.: 07 Civ. 5796 (SAS)
                                          :
       v.                                 :   **NOTICE OF APPEARANCE**
                                          :
GORDON RAMSAY, a/k/a CHEF GORDON RAMSAY,  :
UPPER GROUND ENTERPRISES, INC.,           :
GRANADA AMERICAN,                         :
GRANADA ENTERTAINMENT,                    :
A. SMITH & CO., and                       :
SEVEN NETWORK LIMITED,                    :
                                          :
       Defendants.                        :
------------------------------------------x

      PLEASE TAKE NOTICE that DAVIS WRIGHT TREMAINE LLP, with offices located at 1633 Broadway, New York, New York 10019, hereby requests the Court to enter its appearance, as attorneys for defendants Gordon Ramsay, a/k/a Chef Gordon Ramsay ("Ramsay"), Upper Ground Enterprises, Inc. ("Upper Ground"), Granada Entertainment USA, incorrectly named and sued herein as Granada American and Granada Entertainment ("Granada") and A. Smith & Co. ("A. Smith") (collectively, the "Granada Defendants") in the above-captioned proceeding and requests that notice of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the above address.

NYC 185877v1 0069462-000013

Dated: New York, New York  
      July 24, 2007

DAVIS WRIGHT TREMAINE LLP

By: _____  
Elizabeth A. McNamara (EAM 1987)  
Linda Steinman (LS 5906)  
1633 Broadway  
New York, New York 10019  
(212) 489-8230  
*Attorneys for Defendants*  
*Gordon Ramsay, Upper Ground*  
*Enterprises, Inc., Granada*  
*Entertainment USA and A. Smith & Co.*

TO:  Carl E. Person, Esq.  
      325 West 45th Street, Suite 201  
      New York, New York 10036-3803  
      (212) 307-4444  
      carlpers@ix.netcom.com  
      *Attorney for Plaintiff Martin R. Hyde*