UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARTIN R. HYDE,

        Plaintiff,

    v.

GORDON RAMSAY, a/k/a CHEF GORDON RAMSAY,
UPPER GROUND ENTERPRISES, INC.,
GRANADA AMERICAN,
GRANADA ENTERTAINMENT,
A. SMITH & CO., and
SEVEN NETWORK LIMITED,

        Defendants.
------------------------------------x

Case No.: 07 Civ. 5796 (SAS)

## DISCLOSURE STATEMENT PURSUANT TO
## RULE 7.1(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants Gordon Ramsay, a/k/a Chef Gordon Ramsay ("Ramsay"), Upper Ground Enterprises, Inc. ("Upper Ground"), Granada Entertainment USA, incorrectly named and sued herein as Granada American and Granada Entertainment ("Granada") and A. Smith & Co. ("A. Smith") certifies that:

    1.    Upper Ground is a wholly-owned subsidiary of Granada Entertainment USA.

    2.    Granada is a wholly-owned subsidiary of ITV US Holdings Inc.

    3.    There are no publicly held corporations which own 10% or more of either of Upper Ground's or Granada's stock.

2

4. There are no parent corporations of or publicly held corporations which own 10% or more of A. Smith's stock.

Dated: New York, New York  
July 25, 2007

DAVIS WRIGHT TREMAINE LLP

By: /s/ Linda Steinman  
Elizabeth A. McNamara (EAM 1987)  
Linda Steinman (LS 5906)  
1633 Broadway  
New York, New York 10019  
(212) 489-8230  
*Attorneys for Defendants*  
*Gordon Ramsay, Upper Ground*  
*Enterprises, Inc., Granada*  
*Entertainment USA and A. Smith & Co.*