AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Southern____ District of ____New York____

MARTIN R. HYDE, Plaintiff,

V.

GORDON RAMSAY, a/k/a CHEF GORDON RAMSAY,
UPPER GROUND ENTERPRISES, INC.,
GRANADA AMERICAN,
GRANADA ENTERTAINMENT,
A. SMITH & CO., and
SEVEN NETWORK LIMITED,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 5796

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

Gordon Ramsay, "Ramsay at the London", 151 W. 54th Street, New York, New York 10019
Upper Ground Enterprises, Inc., 15303 Ventura Boulevard – Building C, Suite 800,
    Sherman Oaks, California 91403
Granada American, 609 Greenwich Street – 9th Floor, New York, New York 10014
Granada Entertainment, 609 Greenwich Street – 9th Floor, New York, New York 10014
A. Smith & Co., 9911 West Pico Boulevard – Suite 250, Los Angeles, California 90035
Seven Network Limited, 38-42 Pirrama Road, Pyrmont, NSW 2009 Australia

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl E. Person
325 W. 45th Street - Suite 201
New York NY 10036-3803

(Tel: 212-307-4444)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

____J. MICHAEL McMAHON____   ____JUN 19 2007____
CLERK                         DATE

(By) DEPUTY CLERK

---

MARTIN R. HYDE

                                             Plaintiff(s)

- against -

GORDON RAMSAY, A/K/A CHEF GORDON RAMSAY, ETAL

                                             Defendant(s)

Index # 07 CIV 5796 (SCHEINDLIN)

Purchased June 19, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 21, 2007 at 01:35 PM at

"RAMSAY AT THE LONDON"
151 W 54TH STREET
NEW YORK, NY 10019

deponent served the within SUMMONS AND COMPLAINT on GORDON RAMSAY, A/K/A CHEF GORDON RAMSAY therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to SARAH RATTIGAN a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 35 | 5'7 | 135 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

"RAMSAY AT THE LONDON"
151 W 54TH STREET
NEW YORK, NY 10019

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 22, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 22, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 |

BARRY F. GERMAN
License #: 982866
Invoice #: 442846

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

MARTIN R. HYDE

                              Plaintiff(s)

- against -

GORDON RAMSAY, A/K/A CHEF GORDON RAMSAY, ETAL

                              Defendant(s)

Index # 07 CIV 5796 (SCHEINDLIN)

Purchased June 19, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 22, 2007 at 10:10 AM at

609 GREENWICH STREET
9TH FLOOR
NEW YORK, NY 10014

deponent served the within SUMMONS AND COMPLAINT on GRANADA ENTERTAINMENT therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "MS. SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 35 | 5'7 | 140 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

609 GREENWICH STREET
9TH FLOOR
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 22, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 22, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 442847

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

MARTIN R. HYDE

                                                Plaintiff(s)

- against -

Index # 07 CIV 5796 (SCHEINDLIN)

GORDON RAMSAY, A/K/A CHEF GORDON RAMSAY, ETAL

Purchased June 19, 2007

                                                Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 22, 2007 at 10:10 AM at

609 GREENWICH STREET
9TH FLOOR
NEW YORK, NY 10014

deponent served the within SUMMONS AND COMPLAINT on GRANADA AMERICAN therein named,

**SUITABLE AGE**     by delivering thereat a true copy of each to "MS. SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 35 | 5'7 | 140 |

**MAILING**     Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

609 GREENWICH STREET
9TH FLOOR
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 22, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.
PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 22, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 442847

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728