---

MARTIN R. HYDE

                            Plaintiff(s)

              - against -

GORDON RAMSAY, A/K/A CHEF GORDON RAMSAY, ETAL

                            Defendant(s)

Index # 07 CIV 5796 (SCHEINDLIN)

Purchased June 19, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 22, 2007 at 10:10 AM at

609 GREENWICH STREET
9TH FLOOR
NEW YORK, NY 10014

deponent served the within SUMMONS AND COMPLAINT on GRANADA AMERICAN therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "MS. SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN | 35 | 5'7 | 140 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

609 GREENWICH STREET
9TH FLOOR
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 22, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.
PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 22, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | BARRY F. GERMAN |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 | License #: 982866 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Invoice #: 442847 |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728