USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/07

Scheindlin J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARTIN R. HYDE,

        Plaintiff,

        v.

GORDON RAMSAY, a/k/a CHEF GORDON RAMSAY,
UPPER GROUND ENTERPRISES, INC.,
GRANADA AMERICAN,
GRANADA ENTERTAINMENT,
A. SMITH & CO., and
SEVEN NETWORK LIMITED,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 07 Civ. 5796 (SAS)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Martin R. Hyde ("Hyde") and defendants Gordon Ramsay, a/k/a Chef Gordon Ramsay ("Ramsay"), Upper Ground Enterprises, Inc. ("Upper Ground"), Granada Entertainment USA, incorrectly named and sued herein as Granada American and Granada Entertainment ("Granada") and A. Smith & Co. ("A. Smith") (collectively, the "Granada Defendants"), by and through their undersigned attorneys, that the Granada Defendants time to answer or otherwise move or respond to the Complaint is hereby extended from August 15, 2007 to and including September 4, 2007.

    This is the parties' second stipulation extending the Granada Defendants' time to answer or otherwise move or respond to the Complaint.

    IT IS FURTHER STIPULATED AND AGREED that for purposes of this stipulation,

NYC 186168v1 0069462-000013

facsimile signatures shall have the force and effect of original signatures.

Dated: New York, New York
July 27, 2007

CARL E. PERSON
Attorney for Plaintiff
Martin R. Hyde

*/s/ Carl E. Person*

Carl E. Person (CP 7637)
325 West 45th Street, Suite 201
New York, New York 10036-3803
(212) 307-4444

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
Gordon Ramsay, Upper Ground
Enterprises, Inc., Granada
Entertainment USA and A. Smith & Co.

*/s/ Linda Steinman*

Elizabeth A. McNamara (EAM 1987)
Linda Steinman (LS 5906)
1633 Broadway
New York, New York 10019
(212) 489-8230

SO ORDERED.

*/s/ Shira A. Scheindlin*
Honorable Shira A. Scheindlin, U.S.D.J.

7/30/07