USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MARTIN R. HYDE,

             Plaintiff,

   - against -

GORDON RAMSAY, a/k/a CHEF GORDON
RAMSAY, UPPER GROUND ENTERPRISES,
INC., GRANADA AMERICAN, GRANADA
ENTERTAINMENT, A. SMITH & CO., and
SEVEN NETWORK LIMITED,

             Defendants.

------------------------------------------------------x

07 Civ. 5796 (SAS)

**STIPULATION
OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed, without prejudice and without costs to any party. The undersigned represent all the parties who have appeared in this action.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

Dated: New York, New York
       August 3, 2007

By: _____/s/ Carl E. Person_____
Carl E. Person (CP 7637)
325 West 45th Street, Suite 201
New York, New York 10036-3803
(212) 307-4444

Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP

By: _____/s/ Elizabeth A. McNamara_____
Elizabeth A. McNamara (EAM 1987)
Linda Steinman (LS 5906)
1633 Broadway
New York, NY 10019
(212) 489-8230

Attorneys for Defendants
Gordon Ramsay, Upper Ground
Enterprises, Inc., Granada
Entertainment USA, incorrectly named
as Granada American and Granada
Entertainment, and A. Smith & Co.

SO ORDERED:

_____/s/_____
U.S.D.J.
8/7/07

NYC 186532v1 0069462-000013